# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MURRAY POPKAVE, Trustee of the Louise S. Hodge Multiple Powers Liquidity Trust, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 10-3680 |
| v. | : | |
| JOHN HANCOCK DISTRIBUTORS LLC, | | |
| Defendant. | | |

## **ORDER**

**AND NOW**, this _7th___ day of February, 2011, it is **ORDERED** that:

• Defendant John Hancock Distributors, LLC's Petition To Vacate Arbitration Award (Doc. #3) is **DENIED**, and

• Plaintiff Murray Popkave's Petition To Confirm Arbitration Award (Doc. #5) is **GRANTED**.

                                                  s/Anita B. Brody

                                         _____
                                         Anita B. Brody,    J.

COPIES VIA ECF ON      TO:     COPIES MAILED ON    TO: